```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| JOHN ROBERTS,<br><br>             Plaintiff,<br><br>      v.<br><br>STANDARD INSURANCE COMPANY,<br><br>             Defendant. | No. CV-10-5097-EFS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE, AND CLOSING FILE** |

By Stipulation filed April 28, 2011, the parties agree that the above-titled cause of action can be dismissed with prejudice and without costs or attorneys' fees to either party. (ECF No. 17.) Based on the parties' stipulation, **IT IS HEREBY ORDERED:**

    1. The above-titled cause of action is **DISMISSED WITH PREJUDICE** and without fees or costs to either party.

    2. All pending motions are **DENIED as moot.**

    3. All hearings are **STRICKEN.**

    4. This file shall be **CLOSED.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this    28th    day of April 2011.


                                    s/ Edward F. Shea
                                    EDWARD F. SHEA
                             UNITED STATES DISTRICT JUDGE

Q:\Civil\2010\5097.settle.close.frm

ORDER CLOSING FILE - 1